DATE _August 17, 2018_
CLERK OF DISTRICT COURT
By: _____

Trent M. Gardner
GOETZ, BALDWIN & GEDDES, P. C.
35 North Grand
P.O. Box 6580
Bozeman, MT  59771-6580
Ph:    (406) 587-0618
Fax:    (406) 587-5144
Email:  tgardner@goetzlawfirm.com
*Attorneys for Plaintiff*

## MONTANA SIXTEENTH JUDICIAL DISTRICT COURT, ROSEBUD COUNTY

| | |
|---|---|
| COLSTRIP ENERGY LP,<br>a Montana Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>JBED VENTURES, LLC d/b/a<br>CENTURY TURBINE REPAIR, LLC,<br>a Missouri Limited Liability Company<br><br>Defendant(s). | Cause No. _DV 18-39_<br><br><br>**COMPLAINT and**<br>**JURY DEMAND** |

COMES NOW Plaintiff COLSTRIP ENERGY LP for its Complaint against

Defendant JBED VENTURES, LLC d/b/a CENTURY TURBINE REPAIR, LLC and

states as follows:

### THE PARTIES

1.     Plaintiff COLSTRIP ENERGY LP ("Colstrip Energy") is a Montana

Limited Partnership with its principal place of business in Rosebud County,



Montana. Colstrip Energy owns and operates the Rosebud Power Plant in Colstrip,
Montana, which is a coal-fired power station that burns waste coal from the
Rosebud coal mine.

2.      Defendant JBED VENTURES, LLC d/b/a CENTURY TURBINE
REPAIR, LLC ("Century Turbine") is a Missouri Limited Liability Company with its
principal place of business in Missouri.  Century Turbine is a contractor that
provides turbine parts and repair services to power plants.

<u>JURISDICTION AND VENUE</u>

3.      This court has original subject matter jurisdiction over this dispute.

4.      Venue is proper this Court under Montana Code Annotated § 25-2-122.
Century Turbine is a corporation incorporated in a state other than Montana, and
the proper place of trial of a tort action against Century Turbine thus includes the
county in which Colstrip Energy resides, which is Rosebud County.

<u>GENERAL ALLEGATIONS</u>

5.      In June of 2011, Colstrip Energy entered into a Services Agreement
with Turbine Generator Maintenance, Inc. ("TGM") for the performance of
inspections and repairs to Colstrip Energy's 41.5 MVA Alstom steam turbine (the
"Turbine"). The work was to be performed at the Rosebud Power Plant.

6.      Pursuant to a Change Order, the Turbine's rotor was shipped off site to
Defendant Century Turbine's shop in Missouri for repairs.  Century Turbine also
removed and replaced Stellite strips (also known as "erosion shields") along the

leading edge of each blade in rows L-0 and L-1 of the rotor.  The erosions shields are intended to protect the rotor blades from erosion caused by water droplets.

7.      On July 23, 2017, the Turbine tripped on high vibration.  One or more of the L-1 low pressure blades within the Turbine had liberated, causing substantial damage to the Turbine.

8.      The July 23, 2017 blade liberation failure occurred due to the effects of heat from brazing performed during Century Turbine's work to replace the erosion shields.  The heat caused a slight softening of the blade base material at the leading edge of the blade and introduced harmful residual stresses, which led to the failure.

### COUNT I – NEGLIGENCE

9.      Plaintiff adopts and incorporate paragraphs 1 through 8 above as though fully set forth herein.

10.      At all times relevant, Century Turbine was under a duty to perform its work replacing the erosion shields with due care and caution.

11.      Century Turbine was negligent in the performance of its work because Century Turbine failed to properly control and monitor the heat during its brazing work when installing the new erosion shields on the Turbine rotor blades.

12.      As a result of the above referenced negligence, the blade base material of the erosion shields softened and introduced harmful residual stress which led to the failure of the Turbine on July 23, 2017.

13.   As a direct and proximate result of the foregoing negligence, Colstrip Energy sustained substantial damage to its property and business income losses totaling approximately $7,206,973.

WHEREFORE, Plaintiff, COLSTRIP ENERGY LP, respectfully requests that this Court enter judgment in its favor and against Defendant, JBED VENTURES, LLC d/b/a CENTURY TURBINE REPAIR, LLC, in an amount of approximately $7,206,973 plus costs, pre-judgment interest, post-judgment interest, and for such other and further relief as this Court deems equitable and just.

JURY DEMAND

Plaintiff demands a trial by jury of all claims so triable in this case.


DATED this 15th day of August, 2018.

GOETZ, BALDWIN & GEDDES, P. C.


By: _____

Trent M. Gardner
Attorneys for Plaintiff Colstrip Energy LP

Trent M. Gardner
GOETZ, BALDWIN & GEDDES, P. C.
35 North Grand
P.O. Box 6580
Bozeman, MT 59771-6580
Ph:     (406) 587-0618
Fax:    (406) 587-5144
Email:  tgardner@goetzlawfirm.com
*Attorneys for Plaintiff*

## MONTANA SIXTEENTH JUDICIAL DISTRICT COURT, ROSEBUD COUNTY

| | |
|---|---|
| COLSTRIP ENERGY LP,<br>a Montana Limited Partnership,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JBED VENTURES, LLC d/b/a<br>CENTURY TURBINE REPAIR, LLC,<br>a Missouri Limited Liability Company<br><br>　　　　　Defendant(s). | Cause No. ___DV 18-39___<br><br><br>SUMMONS |

**TO:**   JBED VENTURES, LLC d/b/a
Century Turbine Repair, LLC
c/o Debra Huey, Registered Agent
6337 Casciaro Ln
Imperial, MO 63012

A lawsuit has been filed against you.

Within 21 days after service of this Summons on you, you must serve on the Plaintiff an

answer to the attached Complaint or a motion under Rule 12 of the Montana Rules of Civil

Procedure.  Do not include the day you were served in your calculation of time.  The answer or motion must be served on the Plaintiff or Plaintiff's attorney, if Plaintiff is represented by an attorney, whose name and address are listed above.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint.

You also must file your answer or motion with the Court.

Date: _August 17_, 2018

ELIZABETH T. BALL
CLERK OF THE DISTRICT COURT

By: _____

-2-