HON. NICKOLAS C. MURNION
District Judge
16th Judicial District, Dept. 2
P.O. Box 107
Forsyth, Montana 59327
(406) 346-6109



## MONTANA SIXTEENTH JUDICIAL DISTRICT COURT
## ROSEBUD COUNTY

| | |
|---|---|
| COLSTRIP ENERGY LP,<br>a Montana Limited Partnership,<br><br>Plaintiff,<br><br>-vs-<br><br>JBED VENTURES, LLC d/b/a<br>CENTURY TURBINE REPAIR, LLC,<br>A Missouri Limited Liablilty Company,<br><br>Defendant. | Cause No. **DV 2018-39**<br><br>*Hon. Nickolas C. Murnion*<br><br>**ORDER** |

The pro hac vice application of Diana R. Lotfi was filed on September 17, 2018, in this matter, wherein Trent M. Gardner, a member of the State Bar of Montana, is the attorney of record, is hereby GRANTED under the usual terms and conditions as established by the Supreme Court of Montana and admistered by the State Bar of Montana.

**So Ordered this** 18 **day of September, 2018.**

_____
The Honorable Nickolas C. Murnion
SIXTEENTH JUDICIAL DISTRICT COURT

Cc: Diane R. Lotfi
Trent Gardner

169-18-18

Case No. DV 18-39
File No. 5