IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| COLSTRIP ENERGY LP, a Montana Limited Partnership,<br><br>                Plaintiff,<br><br>vs.<br><br>JBED VENTURES, LLC, a Missouri Limited Liability Company, *dba* Century Turbine Repair, LLC,<br><br>                Defendant. | CV 18-138-BLG-SPW-TJC<br><br>**ORDER** |

Plaintiff has moved for the admission of George M. Ferreti to practice before this Court in this case with Trent M. Gardner to act as local counsel. Mr. Ferreti's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit Mr. Ferreti pro hac vice is GRANTED on the condition that Mr. Ferreti shall do his own work. This means that Mr. Ferreti must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Ferreti may move for the admission pro hac vice of

one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Ferreti.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Ferreti, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 25th day of September, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge