IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| COLSTRIP ENERGY LP, a Montana Limited Partnership,<br><br>    Plaintiff,<br><br>vs.<br><br>JBED VENTURES, LLC *d/b/a* CENTURY TURBINE REPAIR, LLC, a Missouri limited liability company,<br><br>    Defendant. | CV 18-138-BLG-SPW-TJC<br><br>**ORDER GRANTING MOTION TO FILE SECOND AMENDED COMPLAINT** |

Plaintiff has filed a Stipulated Motion to File Second Amended Complaint. (Doc. 41.)  Good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED.  Plaintiff shall promptly file the Second Amended Complaint in accordance with Civil Local Rule 15.1.  Pursuant to parties' agreement, the Defendant's Answer filed on November 22, 2019 (Doc. 32) will be deemed to be the answer to the Second Amended Complaint.

DATED this 14th day of September, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge