# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| COLSTRIP ENERGY LP,<br>a Montana Limited Partnership,<br><br>Plaintiff,<br><br>v.<br><br>JBED VENTURES, LLC,<br>a Missouri Limited Liability<br>Company, dba Century Turbine<br>Repair, LLC,<br><br>Defendant. | Case No. CV-18-138-BLG-SPW-TJC<br><br>**ORDER FOR DISMISSAL<br>WITHOUT PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal Without Prejudice (Doc. 45), and for good cause appearing,

IT IS HEREBY ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE,** with each party to bear their own attorneys' fees and costs.

DATED this 19th day of January, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge